RUSSELL GRAY, Respondent, v. FREDERICK W. KROEHLE, Appellant, Impleaded with Another, Defendant.— Order modified by striking out of the notice of examination, by consent, the words " the operation of said car," in the last sentence of said notice, and as so modified the order is affirmed, with ten dollars costs and disbursements. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur.

FRANK SARNOWSKI, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY and ALBANY COCA COLA BOTTLING WORKS, INC., Respondents. HENRY SARNOWSKI, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY and ALBANY COCA COLA BOTTLING WORKS, INC., Respondents.— Judgments unanimously affirmed, with costs in one action, on the authority of *Miller* v. *New York Central R. R. Co.* (226 App. Div. 205). Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

NATHAN M. GILBERT, Respondent, v. HARRY S. KOFFMAN, Appellant.*— Judgment affirmed, with costs. Van Kirk, P. J., Whitmyer and Hasbrouck, JJ., concur; Hinman and Davis, JJ., dissent and vote for reversal and a new trial on the ground that no question of fraud was asserted or submitted to the jury, and that the plaintiff at all times had in his possession a written agreement showing exactly the amount due and payable by him on the automobile.

SUNDAY TELEGRAM CORPORATION, Respondent, v. BOARD OF SUPERVISORS OF THE COUNTY OF ALBANY, Appellant.— Order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

WILLET LOUNSBURY, Respondent, v. FLOYD GRANT and Another, Appellants.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

BEATRICE SWARTFIGURE, Appellant, v. W. RONALD SWARTFIGURE, Respondent, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER COHEN, Relator, v. ALBERT CONWAY, as Superintendent of Insurance of the State of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

ERNEST G. HAND, Respondent, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.— Order and judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.